**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| LINDA BOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-145-JDK-KNM |
| | § | |
| FINANCIAL SOLUTIONS GROUP, | § | |
| LLC d/b/a ACCELERATED DEBT | § | |
| SETTLEMENT LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is Plaintiff's motion for default judgment against Defendant The Law Office of Steven Lovern. Docket No. 21. This case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On May 18, 2026, Judge Mitchell issued a Report recommending that Plaintiff's motion for default judgment be granted in part and denied in part. Docket No. 22. Judge Mitchell recommended denying default judgment as to Plaintiff's claims under 15 U.S.C. § 1679f(b) and Texas Finance Code §§ 394.212(c) and 394.213 but granting default judgment as to Plaintiff's other claims against Defendant The Law Office of Steven Lovern. *Id.* at 20–21. Judge Mitchell further recommended that Plaintiff be awarded $2,500.00 in actual damages; $5,000.00 in punitive damages; $1,581.25 in attorney's fees; and $202.50 in costs. *Id.* No written objections were filed, and the time for filing objections has passed.

1

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 22) as the findings of this Court.  The Court **GRANTS-in-part** and **DENIES-in-part** Plaintiff's motion for default judgment against The Law Office of Steven Lovern (Docket No. 21).

So **ORDERED** and **SIGNED** this **13th** day of  **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE